NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:03CR85-001/RV

JOSEPH ROBERT MEAGHER

On November 18, 2003 the above named was sentenced to a period of five years Probation. Joseph Robert Meagher has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from Probation effective immediately.

Respectfully submitted,

_____  
Jeffrey M. Ishee  
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 29 day of November, 2006.

_____  
Roger Vinson  
Senior United States District Judge